1
2
3
4
5     **UNITED STATES DISTRICT COURT**
6     **EASTERN DISTRICT OF CALIFORNIA**
7
8  | IN RE:                          )   1:22-mc-00018-SAB
9  |                                 )
10 | **DOROTHY GRACE MARIE**         )   ORDER REGARDING USE OF ELECTRONIC
11 | **MARAGLINO,**                  )   FILING SYSTEM, DIRECTING APPEARANCE
                                     )   BY SUPERVISING DEPUTY ATTORNEY
                                     )   GENERAL, AND SETTING BRIEFING
12                                   )   SCHEDULE
                                     )
13                                   )   (ECF No. 1)
                                     )
14                                   )

15     On January 24, 2022, the Court received a request from Dorothy Grace Marie Maraglino
16 seeking relief e-filing procedures. (ECF No. 1.)
17     In the motion requesting relief from e-filing, Ms. Maraglino contends that the prison facility is
18 under quarantine due to positive COVID-19 cases and she is unable to electronically file her
19 complaint.  (ECF No. 1.)
20     As Ms. Maraglino is incarcerated at Central California Womens' Facility at the time of filing,
21 he was subject to the Standing Order in Re: Procedural Rules for Electronic Submission of Prison
22 Litigation Filed by Plaintiffs incarcerated at Participating Penal Institutions, issued on March 1, 2016.
23 Pursuant to the standing order, which applies to initial filings: (1) new complaints are subject to e-
24 filing and they may not exceed twenty-five pages in length; and (2) motions seeking relief from the
25 standing order, motions for emergency relief, or motions to increase the page limit shall be no more
26 than fifteen (15) pages. As a California Department of Corrections and Rehabilitation participating
27
28

facility, no initial documents are accepted for filing by the Clerk of Court unless done pursuant to the standing order or the scanning equipment is inoperable for a period longer than forty-eight (48) hours. Based on Ms. Maraglino's filings, the Court will request the Supervising Deputy Attorney General in charge of the e-service program, Lawrence Bragg, to address Ms. Maraglino's contention. After briefing is submitted, the Court will review any documentation and issue a corresponding order and/or set a telephonic hearing, if necessary.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court is directed to serve a copy of inmate Dorothy Grace Marie Maraglino's request (ECF No. 1) and a copy of this order on Supervising Deputy Attorney General, Lawrence Bragg, and Senior Assistant Attorney General, Monica Anderson;

2. Mr. Bragg shall file a response to Ms. Maraglino's request on or before **February 3, 2022**; and

3. No case as to the merits of Ms. Maraglino's claim will be opened until the issue regarding the use of the e-filing system is resolved or a civil complaint is filed through the Court's e-filing procedures.

IT IS SO ORDERED.

Dated:   **January 26, 2022**

UNITED STATES MAGISTRATE JUDGE